PELBROOK FUNDING CORPORATION, Appellant, v. MADELINE V. McLAUGHLIN and Others, Respondents, and CHASTI BUILDERS, INC., Defendant.— Judgment

*Affd., 257 N. Y. 577.

and orders unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.